1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | Case No.: 08cv1728 IEG (AJB) |
| Plaintiff, | ) ) | APPEARANCE AND DISCLAIMER |
| v. | ) ) | |
| 0.96 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and SECURITY TITLE INSURANCE COMPANY AS TRUSTEE OF ITS TRUST #1696, ET AL. | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

COMES NOW, BURTON LAZARE, in the above-styled and numbered condemnation proceeding, and enters their appearance herein for all purposes, waive service of all notices, and disclaim any right, title, claim or interest in the compensation paid or to be paid for the taking of the property described in the Complaint and the Declaration of Taking filed herein.

DATED: October _6_, 2008            BURTON LAZARE

                                     _B. Lazare_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,                )        Case No. 08cv1728 IEG (AJB)
                                             )
                                             )        CERTIFICATE OF SERVICE
                        Plaintiff,           )
                                             )
            v.                               )
                                             )
0.96 ACRES OF LAND, MORE OR                  )
LESS, SITUATE IN SAN DIEGO                   )
COUNTY, STATE OF CALIFORNIA;                 )
and SECURITY TITLE INSURANCE                 )
COMPANY AS TRUSTEE OF ITS                    )
TRUST #1696, et al.,                         )
                                             )
                        Defendants.          )
_____             )
                                             )
STATE OF CALIFORNIA                          )
                                             ) ss.
COUNTY OF SAN DIEGO                          )


IT IS HEREBY CERTIFIED that:

        I, Carol E. Barret, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action; and

        On October 16, 2008, I deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of the following:

        •       Appearance and Disclaimer

addressed to:

        *See attached Service List*

the last known address at which place there is delivery service of mail from the United States Postal Service.  I declare under penalty of perjury that the foregoing is true and correct.

        Executed on October 16, 2008.


                                            _____
                                            Carol E. Barrett

*United States of America v. 0.96 Acres of Land, et al.*
**08cv1728 IEG (AJB)**

## SERVICE LIST

Security Title Insurance Company
c/o Ofelia Hagle
PO Box 466
Jacumba, CA 91934

Jacumba Community Service District
1266 N. Railroad Street
PO Box 425
Jacumba, CA 91934

SCC Acquisitions
c/o Bruce Cook, Reg. Agent
2329 Morse Avenue
Irvine, CA 92614

Shelley Eskildsen
Vice President – Trust Officer
Bank of America
450 B Street, Suite 2000
San Diego, CA 92101

Burton Lazare
31449 Culbertson Lane
Temecula, CA 92591-7911

Howard Lazare
7375 Hillview Court
West Hills, CA 91367-5202

Willy Szczuka
PO Box 217
Jacumba, CA 91934

Rita Anderson
PO Box 217
Jacumba, CA 91934

Patrick and Lillian Joyce
43 Mirage Drive
Cathedral City, CA 92234-7044

William J. Woodward Family Trust
44245 Old Highway 80
Jacumba, CA 91934

Floydine Alexander
PO Box 157
Jacumba, CA 91934-0157

Floydine Alexander
44493 Old Highway 80
Jacumba, CA 91934

San Diego Rural Fire Protection District
Community Facilities District No. 1
14145 Highway 94
Jamul, CA 91935

Mary Wormsted
7104 Everglades Avenue
San Diego, CA 92119-2310

Mary Wormsted
PO Box 545
Jacumba, CA 91934-0545

Nelle Wormsted
7104 Everglades Avenue
San Diego, CA 92119-2310

County of San Diego Assessor's Office
1600 Pacific Highway
Room 103
San Diego, CA 92101-2429

La Salle Bank
Legal Department
135 S. La Salle Street, 9th Floor
Chicago, IL 60603