1  KAREN P. HEWITT
   United States Attorney
2  CHRISTOPHER B. LATHAM
   Assistant U.S. Attorney
3  California State Bar No. 160515
   BRETT NORRIS
4  Assistant U.S. Attorney
   California State Bar No. 224875
5  Office of the U.S. Attorney
   880 Front Street, Room 6293
6  San Diego, California 92101-8893
   Telephone: (619) 557-7147
7  Facsimile: (619) 557-5004
   Email: Christopher.Latham@usdoj.gov
8
   Attorneys for Plaintiff
9  United States of America

10
                    UNITED STATES DISTRICT COURT
11
                 SOUTHERN DISTRICT OF CALIFORNIA
12
   THE UNITED STATES OF AMERICA,          )   Case No. 08cv1728 IEG (AJB)
13                                         )
                 Plaintiff,                )   JOINT MOTION FOR ORDER FOR
14                                         )   DISTRIBUTION OF JUST
        v.                                 )   COMPENSATION
15                                         )
   0.96 ACRES OF LAND, MORE OR LESS,       )
16 SITUATE IN SAN DIEGO COUNTY, STATE OF   )
   CALIFORNIA; and SECURITY TITLE          )
17 INSURANCE COMPANY AS TRUSTEE OF ITS     )
   TRUST #1696, ET AL.                     )
18                                         )
                                           )
19               Defendants.               )
                                           )
20 ─────────────────────────────────────────

21       COMES NOW Plaintiff, UNITED STATES OF AMERICA ("United States"), and Defendant,

22 SECURITY TITLE INSURANCE COMPANY AS TRUSTEE OF ITS TRUST #1696, by and through

23 the undersigned successor in interest, and make this joint motion for an Order of Distribution to

24 Defendant of Thirty-Five Thousand Dollars ($35,000.00) deposited into the Registry of the Court by

25 Plaintiff as its estimated compensation, pursuant to 40 U.S.C. § 3114 and Rule 71.1 of the Federal Rules

26 of Civil Procedures.

27       1.     Plaintiff has filed a Declaration of Taking and Complaint in Condemnation.

28       2.     On September 23, 2008, Plaintiff United States of America deposited estimated just

1  compensation for taking the estate condemned, in the amount of Thirty-Five Thousand Dollars

2  ($35,000.00) with the Clerk of the Court.

3       3.      At the time of the filing of the Declaration of Taking, Defendant was the sole owner of

4  the property taken by the United States, which is more particularly described in the Declaration of

5  Taking.

6       4.      SECURITY TITLE warrants that they were the fee owner of the property described in the

7  Complaint at the time of the taking and warrant that they have the exclusive right to withdraw the

8  estimated just compensation herein, and that no other party is entitled to the same or any part thereof.

9       WHEREFORE, THE PARTIES JOINTLY MOVE that the Court enter an order as follows:

10      1.  The estimated just compensation of Thirty Five Thousand Dollars ($35,000.00) plus any

11  interest accrued thereon shall be disbursed to Defendant, subject to the following conditions:

12           a.      SECURITY TITLE shall pay all valid taxes, liens and encumbrances out of said

13                   deposit disbursement;

14           b.      Any amount paid to SECURITY TITLE from said deposit, and any sums paid

15                   therefrom to others for taxes, liens and encumbrances, shall be in part payment

16                   of any award finally made if the final award exceeds the amount of the deposit

17                   of estimated just compensation;

18           c.      If it is finally determined that SECURITY TITLE is not entitled to receive said

19                   deposit, or any part thereof, SECURITY TITLE agrees to refund into the registry

20                   of this Court said sum paid to SECURITY TITLE, or such part thereof as the

21                   Court may direct, with interest at the rate of 52-week Treasury Bills, from the

22                   date of receipt of the deposit by SECURITY TITLE to the date of repayment into

23                   the registry of the Court, calculated in accordance with the provisions of

24                   Fed.R.Civ. P. 71.1(j);

25           d.      In the event that any other party is ultimately determined to have any right to

26                   receive compensation for the property taken in this case, SECURITY TITLE

27                   shall refund into the registry of the Court the compensation distributed herein,

28                   with interest thereon, at the rate of 52-week Treasury Bills, from the date of

1    receipt of the deposit by SECURITY TITLE to the date of repayment into the

2    registry of the Court, calculated in accordance with the provisions of

3    Fed.R.Civ.P.71.1(j);

4    e.    In the event a final judgment is entered for just compensation in an amount less

5          than that which has been paid to SECURITY TITLE, including amount expended

6          for taxes, liens and encumbrances, SECURITY TITLE agrees to refund forthwith

7          into the registry of the Court the amount by which such payments exceed such,

8          with interest at the rate of 52-week Treasury Bills, from the date of receipt of the

9          deposit by SECURITY TITLE to the date of repayment into the registry of the

10         Court, calculated in accordance with the provisions of Fed.R.Civ.P. 71.1(j);

11   f.    This motion is made without prejudice to SECURITY TITLE's rights to claim

12         additional compensation for the taking of the subject property; and

13   g.    The Clerk shall deduct ten percent of the accrued interest as authorized by the

14         Judicial Conference of the United States.

15   2. The Clerk of the Court should forthwith draw such check for Thirty Five Thousand Dollars

16   ($35,000.00) plus any interest accrued thereon and less the authorized deduction, payable to the order

17   of "BANK OF AMERICA as successor in interest to SECURITY TITLE INSURANCE COMPANY

18   AS TRUSTEE OF ITS TRUST #1696," and deliver said check to BANK OF AMERICA as successor

19   in interest to SECURITY TITLE INSURANCE COMPANY AS TRUSTEE OF ITS TRUST #1696, at

20   its address of record.  SECURITY TITLE shall apply the proceeds of said check to the prompt payment

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

1  and discharge of all liens and encumbrances of record and unpaid taxes and assessments, if any, and the

2  balance to be retained by SECURITY TITLE.

3  Dated: October 31, 2008                    Respectfully submitted,

4                                             KAREN P. HEWITT
                                              United States Attorney
5
                                              s/ Christopher B. Latham
6
                                              CHRISTOPHER B. LATHAM
7                                             Assistant United States Attorney
                                              BRETT NORRIS
8                                             Assistant United States Attorney
                                              Attorneys for Plaintiff
9                                             United States of America

10

11 Dated: October 31, 2008                    SECURITY TITLE INSURANCE COMPANY
                                              AS TRUSTEE OF ITS TRUST #1696
12

13                                     By:    _Shelley Eskildsen, VP_

14                                            Shelley Eskildsen
                                              Vice President – Trust Officer
15                                            Bank of America, Successor in Interest to
                                              Security Title Insurance Company
16

17                                            By: Clark E Guy, SVP

18

19

20

21

22

23

24

25

26

27

28

                                       4                                   08cv1728

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

     Plaintiff,

  v.

0.96 ACRES OF LAND, MORE OR
LESS, SITUATE IN SAN DIEGO
COUNTY, STATE OF CALIFORNIA;
and SECURITY TITLE INSURANCE
COMPANY AS TRUSTEE OF ITS
TRUST #1696, et al.,

     Defendants.

STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

Case No. 08cv1728 IEG (AJB)

CERTIFICATE OF SERVICE

) ss.

IT IS HEREBY CERTIFIED that:

  I, Tricia R. Lamb, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action; and

  On November 12, 2008, I deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of the following:

- JOINT MOTION FOR ORDER FOR DISTRIBUTION OF JUST COMPENSATION

addressed to:

*See attached Service List*

the last known address at which place there is delivery service of mail from the United States Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

  Executed on November 12, 2008.

           _____
           Tricia R. Lamb

*United States of America v. 0.96 Acres of Land, et al.*
**08cv1728 IEG (AJB)**

## SERVICE LIST

Security Title Insurance Company
c/o Ofelia Hagle
PO Box 466
Jacumba, CA 91934

Jacumba Community Service District
1266 N. Railroad Street
PO Box 425
Jacumba, CA 91934

SCC Acquisitions
c/o Bruce Cook, Reg. Agent
2329 Morse Avenue
Irvine, CA 92614

Shelley Eskildsen
Vice President – Trust Officer
Bank of America
450 B Street, Suite 2000
San Diego, CA 92101

Burton Lazare
31449 Culbertson Lane
Temecula, CA 92591-7911

Howard Lazare
7375 Hillview Court
West Hills, CA 91367-5202

Willy Szczuka
PO Box 217
Jacumba, CA 91934

Rita Anderson
PO Box 217
Jacumba, CA 91934

Patrick and Lillian Joyce
43 Mirage Drive
Cathedral City, CA 92234-7044

William J. Woodward Family Trust
44245 Old Highway 80
Jacumba, CA 91934

Floydine Alexander
PO Box 157
Jacumba, CA 91934-0157

Floydine Alexander
44493 Old Highway 80
Jacumba, CA 91934

San Diego Rural Fire Protection District
Community Facilities District No. 1
14145 Highway 94
Jamul, CA 91935

Mary Wormsted
7104 Everglades Avenue
San Diego, CA 92119-2310

Mary Wormsted
PO Box 545
Jacumba, CA 91934-0545

Nelle Wormsted
7104 Everglades Avenue
San Diego, CA 92119-2310

County of San Diego Assessor's Office
1600 Pacific Highway
Room 103
San Diego, CA 92101-2429

La Salle Bank
Legal Department
135 S. La Salle Street, 9th Floor
Chicago, IL 60603

Linda Siegel
81-145 Avenida Sombra
Indio, CA 92203