1 | JOHN J. SANSONE, County Counsel
County of San Diego
2 | By JUDITH A. McDONOUGH, Senior Deputy (SBN: 137790)
1600 Pacific Highway, Room 355
3 | San Diego, CA  92101
Telephone:  (619) 531-4942
4 | Email:  judith.mcdonough@sdcounty.ca.gov

5

6 | Attorneys for Defendant County of San Diego erroneously sued as
"San Diego County Tax Assessor"

7

8 | **UNITED STATES DISTRICT COURT**

9 | **SOUTHERN DISTRICT OF CALIFORNIA**

10

UNITED STATES OF AMERICA,      ) No. **08-CV-1728-IEG (AJB)**
11 |                              )
                Plaintiff,      )
12 |                              ) **NOTICE OF APPEARANCE**
        v.                       )
13 |                              )
0.96 ACRES OF LAND, etc., et al., )
14 |                              )
                Defendants.      )
15 | _____ )

16 |     Defendant County of San Diego (erroneously sued as "San Diego County Tax

17 | Assessor") (hereinafter "County") states that it claims to have an interest as "taxing

18 | agency" in the property described in the Complaint filed herein.

19 |     Wherefore, County demands that it receive notice of all proceedings affecting the

20 | property, and prays that just compensation for the taking be ascertained and awarded.

21 | DATED:  November 21, 2008        JOHN J. SANSONE, County Counsel

22 |                                  By: s/ JUDITH A. McDONOUGH, Senior Deputy
                                     Attorneys for Defendant County of San Diego
23 |                                  Email:  judith.mcdonough@sdcounty.ca.gov

24

25

26

27

28

## Declaration of Service

I, the undersigned, declare:

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On November 21, 2008, I served the following documents: **NOTICE OF APPEARANCE** the following manner:

☐   By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

☒   By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

KAREN P. HEWITT, United States Attorney
CHRISTOPHER B. LATHAM, Asst U.S. Attorney
BRETT NORRIS, Asst U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA  92101
(619) 557-7147
(619) 557-5004 (fax)
E-mail: Christopher.Latham@usdoj.gov
E-mail:  Brett.Norris@usdoj.gov
(Attorneys for United States of America)

Executed on November 21, 2008, at San Diego, California.

By: s/ JUDITH A. McDONOUGH, Senior Deputy
E-mail: judith.mcdonough@sdcounty.ca.gov

U.S. A. v. 0.96 Acres of Land, et al.; USDC No. 08-CV-1728-IEG (AJB)