JOHN J. SANSONE, County Counsel
County of San Diego
By JUDITH A. McDONOUGH, Senior Deputy (SBN: 137790)
1600 Pacific Highway, Room 355
San Diego, CA 92101
Telephone: (619) 531-4942
Email: judith.mcdonough@sdcounty.ca.gov

Attorneys for Defendant Jacumba Community Services District

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. **08-CV-1728-IEG (AJB)** |
|---|---|
| Plaintiff, | ) |
|  | ) **NOTICE OF APPEARANCE** |
| v. | ) |
| 0.96 ACRES OF LAND, etc., et al., | ) |
| Defendants. | ) |

    Defendant Jacumba Community Services District (erroneously sued as "Jacumba Community Service Company") (hereinafter "Jacumba") states that it claims to have an interest in the property described in the Complaint filed herein.

    Wherefore, Jacumba demands that it receive notice of all proceedings affecting the property, and prays that just compensation for the taking be ascertained and awarded.

DATED: November 21, 2008         JOHN J. SANSONE, County Counsel

By: s/ JUDITH A. McDONOUGH, Senior Deputy
Attorneys for Defendant Jacumba Community
Services District
Email: judith.mcdonough@sdcounty.ca.gov

## Declaration of Service

I, the undersigned, declare:

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On November 21, 2008, I served the following documents: **NOTICE OF APPEARANCE** the following manner:

☐ By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

☒ By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

KAREN P. HEWITT, United States Attorney
CHRISTOPHER B. LATHAM, Asst U.S. Attorney
BRETT NORRIS, Asst U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA  92101
(619) 557-7147
(619) 557-5004 (fax)
E-mail: Christopher.Latham@usdoj.gov
E-mail:  Brett.Norris@usdoj.gov
(Attorneys for United States of America)

Executed on November 21, 2008, at San Diego, California.

By: s/ JUDITH A. McDONOUGH, Senior Deputy
E-mail: judith.mcdonough@sdcounty.ca.gov

U.S. A. v. 0.96 Acres of Land, et al.; USDC No. 08-CV-1728-IEG (AJB)