cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civil No.08cv1728 IEG (AJB) |
| Plaintiff, | ) |
| v. | ) ORDER FOLLOWING CASE |
| | ) MANAGEMENT CONFERENCE |
| 0.96 ACRES OF LAND, More or Less Situated in San Diego County, State of California; SECURITY TITLE INSURANCE COMPANY AS TRUSTEE OF ITS TRUST #1696, et al., | ) ) ) ) ) |
| Defendants. | ) |

On December 3, 2009, the Court convened a Case Management Conference in the above entitled action. Appearing was Chris Latham, Esq. on behalf of the U.S.

The conference was held in conjunction with the related case of 08cv289 IEG (AJB). These cases, respectively, deal with access to the subject property and a permanent easement. Counsel for plaintiff reports that settlement has been reached on behalf of all parties and it is anticipated that it will take 90 days to finalize settlement documentation.

Based on this status, the Court sets another telephonic Case Management Conference for *March 5, 2010 at 9:30 a.m.* Plaintiff's counsel will initiate the call at that time.

IT IS SO ORDERED.

DATED: December 3, 2009

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28